**Order issued November 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01345-CR

### TIMOTHY ALEXANDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices O'Neill, Lang-Miers, and Evans

Based on the Court's opinion of this date, we **GRANT** the July 8, 2013 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Timothy Alexander, Bookin #12060058, Dallas County Jail, Kays Tower–KT01-B, P.O. Box 660334, Dallas, Texas, 75266-0334.

We **DENY** all of appellant's pro se motions filed in this Court.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE